

**BILLING STATEMENT**

| CUSTOMER NO. | STATEMENT DATE | PAGE NO. |
|---|---|---|
| | 09/30/2016 | 1 |

Accounting Correspondence to: 633 Yesler Way, Seattle, WA 98104 | (206) 521-9000 | AR@abclegal.com

*Reminders: You can pay with eCheck or credit card via your account by clicking on "Make Payments".*
*If you instead prefer paying by check or ACH, please email your remittance advice to AR@abclegal.com.*

Wood & Jones
303 N 67th St
Seattle WA      98103
USA

Re-print Invoices at ABCLegal.com

| DATE: | INVOICE NUMBER: | CLIENT REF: | CASE NO. | DESCRIPTION: | AMOUNT: |
|---|---|---|---|---|---|
| 09/13/2016 | SLS 20945304 | n/a | 601-977-546 | Washington Capital Mortgage, Inc. | 123.00 |
| 09/28/2016 | SLS MMFWA000564000000083 | | | Messenger Service - Route | 50.00 |

*Wilson 123.00  ☒ Bill Out*

WOOD & JONES, P.S.

522031                                    29439
                        0.00       0.00
10/11/16                                   173.00

00029439

$   173.00

ABC LEGAL SERVICES

MULTI-PURPOSE (5/08) Sage Checks and Forms

| Current | 1 - 30 Days | 31 - 60 Days | | | | |
|---|---|---|---|---|---|---|
| 173.00 | 0.00 | 0.00 | 0.00 | 0.00 | | D00214/U (480681B) |

**TERMS: NET 30 DAYS**   Finance charges are computed at a monthly rate of 1.5% which is an annual rate of 18%. Charges are assessed on all invoices more than 30 days past due.

| BBF | Balance Forward | SLS | Sales / Invoices | FIN | Finance Charges |
| RTN | Returns | CR | Credit Memo | | |
| DR | Debit Memos | PMT | Payments | | |

**ABC Standard MSGR**

Transmitted with Liaison Messenger for MBS - 800.811.4618

JN

# INVOICE

**HOPE J. YEAGER, CR, RPR**
*WA CSR 2208*

**501 S. FOREST DRIVE**
**CHANDLER, ARIZONA 85226**

**hopejyeager@msn.com**

INVOICE NO. JAN17-011
DATE: JANUARY 31, 2017

**TO: WOOD & JONES**
  303 N. 67th Street
  Seattle, WA 98103
  Attn: Denice Moewes

**IN RE: KALIVAS, MCALEESE V. KALIVAS)**
Mcaleese et al. v. Kalivas
Deposition of Debra L. Wilson - 12/04/2007

| DESCRIPTION | AMOUNT |
|---|---|
| <u>Transcripts:</u><br>12/04/2007 – Deposition of Debra L. Wilson<br><br>  79 pages @ $4.10 per page<br><br>  147 scanned exhibits @ $0.50 per page<br><br>  Shipping flat fee | <br><br><br>$ 323.90<br><br>73.50<br><br>20.00 |
| **TOTAL** | **$417.40** |

WOOD & JONES, P.S.

29532

11031        0.00        0.00        417.40

02/28/17

00029532

$    417.40

HOPE J. YEAGER, CR, RPR

Print - Your Confirmed Reservation

**Confirmation Code:**
ZHKAAJ

**Traveler**

Gordon Fitzhugh
E-Ticket: 0272134951788
MP#: Not available
Seats: 3D, 2E

*Alaska* — Billed March 2017

```
 0.00  * 1
109.78  +
372.20  +
481.98  *
```

481.98

| Flight | Departs | Arrives |
|---|---|---|
| Alaska 2159<br>Operated by Horizon Air as AlaskaHorizon<br>Check in with Alaska Airlines<br>Main (Y) \| Nonstop<br>Distance: 98 mi \| Duration: 0h 43m | Wenatchee (EAT)<br>10:55 am Tue, Mar 7 | Seattle (SEA)<br>11:38 am Tue, Mar 7 |
| Alaska 2064<br>Operated by Horizon Air as AlaskaHorizon<br>Check in with Alaska Airlines<br>Main (Y) \| Nonstop<br>Distance: 98 mi \| Duration: 0h 37m | Seattle (SEA)<br>5:25 pm Wed, Mar 8 | Wenatchee (EAT)<br>6:02 pm Wed, Mar 8 |

Flight Total for 1 passenger: $372.20
The Alaska Airlines VISA ending with *******0468 has been charged a total of USD $372.20.

| | |
|---|---|
| Total per passenger | $372.20 |
| Fare | $327.44 |
| Base fare | $327.44 |
| Taxes and fees | $44.76 |
| US psgr. facility charge | $9.00 |
| US Sept. 11 security fee | $11.20 |
| US transportation tax | $24.56 |

Each ticket and any booking or change fees will be a separate charge on your credit card statement.
For additional assistance with your reservation, call reservations at 1-800-ALASKAAIR (1-800-252-7522).

---

Jean,

These receipts are for travel for a witness Gordon Fitzhugh in the trial in Wilson - Rigby v. McNeil AP15-01424

Marshe

https://www.alaskaair.com/booking/reservation/print — 3/2/2017



# Clarion Hotel Seattle Airport, SeaTac

Mar 7, 2017 - Mar 8, 2017 | Itinerary # 7248606541923

## Clarion Hotel Seattle Airport
Mar 7, 2017 - Mar 8, 2017, 1 room | 1 night

**BOOKED**

Your reservation is booked. No need to call us to reconfirm this reservation.



3000 S 176th St, SeaTac, WA, 98188 United States of America

Tel: 1 (206) 242-0200, Fax: 1 (206) 242-1998

### Check-in
- Check-in time starts at 3 PM
- Your room/unit will be guaranteed for late arrival.

### Important Hotel Information

Although Expedia does not charge a fee to change or cancel your booking, **Clarion Hotel Seattle Airport** may still charge a fee in accordance with its own rules & regulations.

- Cancellations or changes made after 4:00PM (Pacific Daylight Time (US & Canada); Tijuana) on Mar 6, 2017 or no-shows are subject to a property fee equal to 100% of the total amount paid for the reservation.
- View your online itinerary for additional rules and restrictions.

| Room | Standard Room, 1 Queen Bed, Non Smoking |
|---|---|
|  | Includes: Free Parking |
| Reserved for | Gordon Fitzhugh<br>1 adult |
| Requests | 1 Queen Bed, non-smoking room |

### Price Summary

| Total<br>Collected by Expedia | $109.78 |
|---|---|
| Room Price | $109.78 |
| 1 night | $95.00 |
| Taxes & Fees | $14.78 |

All prices quoted in USD.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Breakfast fee: between USD 6 and USD 15 per person (approximately)
- Self parking fee: USD 9 per night
- Pet fee: USD 20 per pet, per night

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

*Wilson Est v McNeil trial expense witness*

From: Sellers, &lt;...com&gt;
To: 'Tess Kent'
Cc:
Subject: Paramount Hotel Receipt
Date: Thu, Mar 16, 2017 2:50 pm
Attachments: [Untitled].pdf (557K)

Tess:

Attached is the bill for the room you arranged for me at the Paramount Hotel last week. Management said that, although your firm made the reservation, they were not aware of any arrangement for payment. Accordingly, I charged it to my personal credit card.

Mileage was 363 miles; round it down to 300 and we're good.

**WOOD & JONES, P.S.**

29578

| | | | | |
|---|---|---|---|---|
| 300 MILES@ | 11031 | 0.00 | 0.00 | 160.50 |
| .535 PER MI | 11031 | 0.00 | 0.00 | 0.00 |
| HOTEL | 11031 | 0.00 | 0.00 | 302.80 |

03/28/17

00029578

$ 463.30

MARC SELLERS

D00214/U (480681B)

MULTI-PURPOSE (5/08) Sage Checks and Forms

NOTICE: This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.



# The Paramount Hotel
SEATTLE · WASHINGTON

**Marc Sellers**

**United States**

| | |
|---|---|
| Room Number | 1007 |
| Arrival | 03-07-17 |
| Departure | 03-08-17 |
| Page No. | 1 of 1 |
| Folio No. | 53830 |
| Conf. No. | 221161 |
| Cashier No. | 7 |

**Guest Folio**

Company Name:
Group Name:

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-07-17 | Valet Parking | 39.00 | |
| 03-07-17 | State Sales Tax | 2.54 | |
| 03-07-17 | Local Sales Tax | 1.21 | |
| 03-07-17 | Commercial Parking Tax | 4.88 | |
| 03-07-17 | Room Charge | 219.00 | |
| 03-07-17 | Occupancy Tax | 15.33 | |
| 03-07-17 | State Sales Tax | 14.24 | |
| 03-07-17 | Seattle Tourism Assessment | 2.00 | |
| 03-07-17 | Local Sales Tax | 4.60 | |
| 03-08-17 | Visa XXXXXXXXXXXX3265 11/18 | | 302.80 |

| | | |
|---|---|---|
| Total Charges | 302.80 | |
| Total Credits | | 302.80 |
| Balance | 0.00 | |

724 Pine Street Seattle, WA 98101 | (206) 292-9500 Fax: (206) 8610
www.paramounthotelseattle.com or 1-877-906-8897



# Office Supply
# Invoice

206-622-2643
www.EverythingLegal.com
208 James Street, Suite B

| DATE | INVOICE # |
|---|---|
| 3/3/2017 | 158723 |

| BILL TO | SHIP TO |
|---|---|
| Wood & Jones<br>303 N 67th ST<br>Seattle WA 98103 | Wood & Jones<br>303 N 67th ST<br>Seattle WA 98103 |

| P.O. NUMBER | TERMS | DUE DATE | REP | SHIP DATE | VIA | CUSTOMER NUMBER |
|---|---|---|---|---|---|---|
| KERRY | Net 30 | 4/2/2017 |  | 3/3/2017 | Will Call PU |  |

| QUANTITY | BACK ORDER | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 20 |  | Index Tabs<br>1-25 | 9.00 | 180.00T |
| 10 |  | Index Tabs<br>26-50 | 9.00 | 90.00T |
|  |  | WA State Sales Tax | 9.60% | 25.92 |

*NO RETURNS ON INDEX TABS - 15% Restock Fee*

601.70
Posted to "Client Related"

Wilson

Thank you for your business!
All sales final on Legal Indexes. NO RETURNS

**Total** $295.92



**Office Supply**
206-622-2643
www.EverythingLegal.com
208 James Street, Suite B

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/2/2017 | 158722 |

| BILL TO |
|---|
| Wood & Jones<br>303 N 67th ST<br>Seattle WA 98103 |

| SHIP TO |
|---|
| Wood & Jones<br>303 N 67th ST<br>Seattle WA 98103 |

| P.O. NUMBER | TERMS | DUE DATE | REP | SHIP DATE | VIA | CUSTOMER NUMBER |
|---|---|---|---|---|---|---|
| KERRY | Net 30 | 4/1/2017 | | 3/2/2017 | Will Call PU | |

| QUANTITY | BACK ORDER | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 5 | | Index Tabs 1-25 | 9.00 | 45.00T |
| 5 | | Index Tabs 26-50 | 9.00 | 45.00T |
| 5 | | Index Tabs 51-75 | 9.00 | 45.00T |
| 8 | | Index Tabs 76-100 | 9.00 | 72.00T |
| 8 | | Index Tabs 101-125 | 9.00 | 72.00T |
| | | WA State Sales Tax | 9.60% | 26.78 |

NO RETURNS ON INDEX TABS
• 15% Restock Fee

*Wilson* (signature)

Thank you for your business.
All sales final on Legal Indexes. NO RETURNS

**Total** $305.78



# Office Supply
206-622-2643
www.EverythingLegal.com
208 James Street, Suite B

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/25/2017 | 158634 |

| BILL TO | SHIP TO |
|---|---|
| Wood & Jones<br>303 N 67th ST<br>Seattle WA 98103 | Wood & Jones<br>303 N 67th ST<br>Seattle WA 98103<br><br>ALL REC. |

| P.O. NUMBER | TERMS | DUE DATE | REP | SHIP DATE | VIA | CUSTOMER NUMBER |
|---|---|---|---|---|---|---|
| KERRY | Net 30 | 2/24/2017 | | 1/25/2017 | UPS | |

| QUANTITY | BACK ORDER | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 12 | | Index Tabs 1-25 | 9.00 | 108.00T |
| 12 | | Index Tabs 26-50 | 9.00 | 108.00T |
| 12 | | Index Tabs 51-75 | 9.00 | 108.00T |
| 2 | | Index Tabs 76-100 | 9.00 | 18.00T |
| | | WA State Sales Tax | 9.60% | 32.83 |

*Office Client Related*

WOOD & JONES, P.S.

52203

02/28/17

00029543

$ 374.83

LMI NOTARY OFFICE SUPPLY

tal $374.83

MULTI-PURPOSE (5/08) Sage Checks and Forms

Wilson v McNeil

| copies: | | |
|---|---|---|
| 8 sets of exhibits for trial | 45000 | $ 6,750.00 |
| total | | $ 6,750.00 |

*Billed March*